**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTINA L. LINNABARY | : | CIVIL ACTION |
| 580 Monticello Drive | : | |
| Delmont, PA 15626 | : | Case No. 2:22-CV-01565-CCW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SEQUIUM ASSET SOLUTIONS, LLC | : | |
| Northcase Parkway, Suite 150 | : | |
| Marietta, GA. | : | |
| Defendants. | : | **AMENDED COMPLAINT IN CIVIL** |
| Defendant. | : | **ACTION** |
| | : | |

Filed on Behalf of Plaintiff:
Christina L. Linnabary

John T. Shaffer Jr., Esq.
PA I.D. #330860
Vincent G. Trott, Esq.
PA I.D. #307545

Starks Law, P.C.
1422 W. Street Road, Suite 2
Warminster, PA 18974
Telephone No.: (267) 670-8051
Fax No.: (267) 670-8579
E-mail: info@starks.law
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| CHRISTINA L. LINNABARY | : | CIVIL ACTION |
| 580 Monticello Drive | : | |
| Delmont, PA 15626 | : | Case No. 2:22-CV-01565-CCW |
|           Plaintiff, | : | |
| | : | |
|  v. | : | |
| | : | |
| | : | |
| SEQUIUM ASSET SOLUTIONS, LLC | : | |
| Northcase Parkway, Suite 150 | : | |
| Marietta, GA. | : | |
| Defendants. | : | **AMENDED COMPLAINT IN CIVIL** |
|           Defendant. | : | **ACTION** |
| | : | |

### AMENDED COMPLAINT IN CIVIL ACTION

**AND NOW**, comes the Plaintiff, Christina L. Linnabary, by and through her attorney, John T. Shaffer Jr., Esq., and files the following Amended Complaint, and in support thereof Plaintiff avers the following:

### PARTIES

1. Plaintiff is Christina L. Linnabary (hereafter "Plaintiff"), a resident of the Commonwealth of Pennsylvania located at 580 Monticello Drive Delmont, PA 15626.

2. Plaintiff is a consumer, as defined by the Fair Debt Collection Protection Act (hereafter "FDCPA") 15 U.S.C. § 1692a(3).

3. Sequium Asset Solutions, LLC (hereafter "Defendant") is a Georgia limited liability company with its principal place of business located at 1130 Northchase Parkway, Suite 150 Marietta, GA 30067.

4. At all times relevant hereto, Defendant was acting as a debt collector as that term is defined in the FDCPA, 15 U.S.C. § 1692a(6).

5. At all times material hereto, Defendant acted through agents, servants, and employees.

**Factual Background**

6. On January 28th, 2022, Plaintiff received a letter from Defendant regarding an alleged delinquent debt she owed them.

7. The letter is attached below as Exhibit "A".

8. On February 11th, 2022 Plaintiff requested debt validation from Defendant via email from Plaintiff's email linnabary1@gmail.com.

9. On February 12th, 2022, Plaintiff sent a letter via certified mail with return receipt to Defendants disputing the alleged debt.

10. The return receipt is attached below as "Exhibit B."

11. According to the tracking information this letter was delivered on February 15th, 2022.

12. Plaintiff never received a response to this letter.

13. Defendant did eventually respond to Plaintiff.

14. Defendant did not send the validation by mail or to the email address at which Plaintiff requested debt validation.

15. Defendant send a response to Plaintiff via an alternate email linnabary1126@gmail.com on April 22, 2022.

16. Defendant's response is attached below as "Exhibit C."

17. Defendant's response did not contain sufficient information to validate the debt.

18. The most recent account statement claims that Plaintiff owes $271.34.

19. Defendant was alleging the Plaintiff owed $22.95.

20. Defendant asserted that the statement showing the Plaintiff owed $271.34 proved that Plaintiff owed $22.95.

21. In the email in which Defendant provided these documents, Defendant instructed Plaintiff on how to make a payment and stated that this was an attempt to collect a debt.

22. In the email that Defendant sent Plaintiff, they failed to validate the debt and attempted to collect the alleged debt.

**Count I:**

**FAIR DEBT COLLECTION PRACTICES ACT**

23. The preceding paragraphs are herein incorporated by reference.

24. Defendant violated the FDCPA in one or more of the following ways:

25. Plaintiff requested verification of debt on February 11th, 2022.

26. During the months Defendants failed to validate the debt, the debt remained on Plaintiff's credit report.

27. Defendant's eventual response was not sent to the address or email address Plaintiff used to dispute the debt, but was to a secondary email address that Plaintiff rarely uses.

28. Providing validation in this method was an unfair collection practice in violation of of 15 U.S.C 1692f

29. Defendants did not send the information requested by the request for verification.

30. The information that Defendants did include was not sufficient to validate the debt.

31. In Defendant's email, Defendant continued collection activities despite not sending sufficient information to validate the debt.

32. Defendant's failure to send information sufficient to validate the debt while continuing collection activities is a violation of 15 U.S.C 1692g(b).

33. The information that Defendant did send claimed that Plaintiff owed more than the debt that was being collected. Defendant misrepresented the amount of debt in an attempt to

collect in violation of 15 U.S.C. 1692e(2)(A).

**WHEREFORE**, Plaintiff prays that this Court enter a judgment in favor of Plaintiff and against Defendants as follows:

    a.    All actual compensatory damages suffered by her pursuant to 15 U.S.C. § 1692k(a)(1), including damages for emotional distress;

    b.    Statutory damages of $1,000.00 for violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

    c.    All reasonable attorney's fees, witness fees, court costs and other litigation costsincurred by her pursuant to 15 U.S.C. § 1693k(a)(3); and,

    d.    Any other relief, be it equitable or legal, that is within the court's discretion to grant.

### Count II:

### FAIR CREDIT EXTENSION UNIFORMITY ACT

34. The proceeding paragraphs are herein incorporated by this reference.

35. Defendants violated the FCEUA which states that "it shall constitute an unfair or deceptive debt collection act or practice under this act if a debt collector violates any of the provisions of the Fair Debt Collection Practices Act." 73 P.S § 2270.4(a)

36. Plaintiff has suffered ascertainable damages and/or losses due to Defendant's violations of the FDCOA and FCEUA.

    **WHEREFORE,** Plaintiff prays that this Court enter a judgment in favor of Plaintiff andagainst Defendant as follows:

    a.    Treble damages;

    b.    Attorney's fees and costs; and

Any other economic or equitable relief deemed appropriate by this Court, andwithin their jurisdiction to grant.

## Count III:

## UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW

37. The proceeding paragraphs are herein incorporated by reference, as if set forth in their entirety.

38. Defendant's actions constitute "fraudulent or deceptive conduct which creates a likelihood of misunderstanding" within the meaning of the Pennsylvania Unfair Trade Practices Act and Consumer Protection Law, 73 P.S. § 201-2(4)(xi).

39. Defendant violated the FCEUA which states that a violation of the FCEUA is a violation of the Unfair Trade Practices and Consumer Protection Law. P.S § 2270.5(a).

40. By violating the FCEUA, Defendant's inherently violated the UTPCPL.

**WHEREFORE,** Plaintiff prays that this Court enter a judgment for Plaintiff and against Defendant as follows:

c.     Treble damages;

d.     Attorney's fees and costs; and

e.     Any other economic or equitable relief deemed appropriate by this Court, andwithin their jurisdiction to grant.

Respectfully Submitted,

Date: 01/31/2023                    By:    /s/ Vincent G. Trott, Esq.
                                                 Vincent G. Trott, Esq.
                                                 PA I.D. #307545
                                                 Starks Law P.C.
                                                 Counsel for Plaintiff

# EXHIBIT A

**Sequium Asset Solutions, LLC**
1130 Northchase Parkway, Suite 150
Marietta, GA 30067
833-574-1910

TO:  Christina L Linnabary
580 Monticello Dr
Delmont, PA 15626-1374

Monday through Friday 9 AM – 5 PM Eastern Time Zone
www.Sequium.com

**Reference 44065427**
January 28, 2022

**Sequium Asset Solutions, LLC is a debt collector.** We are trying to collect a debt that you owe to Verizon. We will use any information you give us to help collect the debt.

## Our information shows:

| | |
|---|---|
| You had a Verizon account with account number 092574462200001. | |
| As of 10/17/2021, you owed: | $271.34 |
| Between 10/17/2021 and today: | |
| You were charged this amount in interest: | + $248.39 |
| You were charged this amount in fees: | + $.00 |
| You paid or were credited this amount toward the debt: | - $.00 |
| **Total amount of the debt now:** | **$22.95** |

## Contact Information:

 **Pay by Phone:** Call us today at 833-574-1910 to discuss payment options.

 **Pay Online:** You can pay online at: www.Sequium.com

 **Pay by Mail:** Sequium Asset Solutions, LLC 1130 Northchase Parkway, Suite 150 Marietta, GA 30067

 **Pay by App:** You can now make payments using our mobile app. Download Now!

## How can you dispute the debt?

- **Call or write us by 03/14/2022, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write us by 03/14/2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at inquiry@sequium.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 03/14/2022, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at inquiry@sequium.com.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- If you do not dispute this debt, please contact us about your payment options.

---

FRMC // 03000 // 28287 / 212148920920 / 0013877 / 0047

- - - - - - - - - - - - - - - - - - Detach and Return - - - - - - - - - - - - - - - - - -

1130 Northchase Parkway, Suite 150
Marietta, GA 30067

### How do you want to respond?

Check all that apply:
- ☒ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☒ This amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ **I enclosed this amount:** | $ |

Make your checks payable to Sequium Asset Solutions, LLC
Include the reference number 44065427.

Mail this form to:



Christina L Linnabary
580 Monticello Dr
Delmont, PA 15626-1374

Sequium Asset Solutions, LLC
1130 Northchase Parkway, Suite 150
Marietta, GA 30067

# EXHIBIT B



**U.S. Postal Service™**
**CERTIFIED MAIL**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Lynnwood, WA 98036

| Certified Mail Fee | | |
|---|---|---|
| $ | $3.75 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage        $1.36

Total Postage and Fees        $5.11

Postmark Here    02/12/2022

Sent To _Verizon_
Street and Apt. No., or PO Box No. 20818 44th AVE, SUITE 140
City, State, ZIP+4® LYNNWOOD, WA 98036

PS Form 3800, April 2015 PCN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Lynnwood, WA 98046

| Certified Mail Fee | | |
|---|---|---|
| $ | $3.75 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage        $1.36

Total Postage and Fees        $5.11

Postmark Here    FEB 12 2022    02/12/2022

Sent To _VERIZON_
Street and Apt. No., or PO Box No. P.O. BOX 1548
City, State, ZIP+4® LYNNWOOD, WA 98046-1548

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Marietta, GA 30067

| Certified Mail Fee | | |
|---|---|---|
| $ | $3.75 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage        $1.36

Total Postage and Fees        $5.11

Postmark Here    FEB 12 2022    02/12/2022

Sent To _SEQUIUM ASSET SOLUTIONS_
Street and Apt. No., or PO Box No. 1130 NORTHCHASE AVE, SUITE 150
City, State, ZIP+4® MARIETTA, GA 30067

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---



**UNITED STATES POSTAL SERVICE®**

DELMONT
48 GREENSBURG ST
DELMONT, PA 15626-9998
(800)275-8777

02/12/2022                                12:04 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | | | $1.36 |
| Marietta, GA 30067 | | | |
| Weight: 0 lb 1.80 oz | | | |
| Estimated Delivery Date | | | |
| Tue 02/15/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70212720000271237993 | | | |
| Total | | | $5.11 |
| | | | |
| First-Class Mail® | 1 | | $1.36 |
| Large Envelope | | | |
| Lynnwood, WA 98046 | | | |
| Weight: 0 lb 2.00 oz | | | |
| Estimated Delivery Date | | | |
| Thu 02/17/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70212720000271238013 | | | |
| Total | | | $5.11 |
| | | | |
| First-Class Mail® | 1 | | $1.36 |
| Large Envelope | | | |
| Lynnwood, WA 98036 | | | |
| Weight: 0 lb 2.00 oz | | | |
| Estimated Delivery Date | | | |
| Thu 02/17/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70212720000271238006 | | | |
| Total | | | $5.11 |

# EXHIBIT C

| | |
|---|---|
| **From:** | inquiry@sequium.com |
| **To:** | LINNABARY1126@GMAIL.COM |
| **Subject:** | VERIZON |
| **Date:** | Friday, April 22, 2022 17:01:58 |
| **Attachments:** | VZ Statement - 08-2021.pdf |
| | VZ Statement - 09-2021.pdf |
| | VZ Statement - 05-2021.pdf |
| | VZ Statement - 06-2021.pdf |
| | VZ Statement - 07-2021.pdf |

Thank you for reaching out to us about your account. Attached is your final bill $22.95 which also includes detailed information.

You may visit www.sequium.com to make a payment using your debit/credit card or checking account. Please feel free to reach out to us if you need additional payment options.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

PO BOX 489
NEWARK, NJ 07101-0489

**Billing period**
Jul 24, 2021 - Aug 23, 2021

**Account number**
925744622-00001

**Invoice number**
8217860994

KEYLINE
|ılılı|ıl|ı|ılı|ıl|ıl|ılı|ıl|ıll|ılılı|ı|ıllı

CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA  15626-1374

**Pay your bill online, fast and easy**

For convenience and peace of mind you
can pay your bill online or enroll in Auto
Pay and Paper-free Billing. Visit
go.vzw.com/paybill



# Your August bill is $271.34

This includes an unpaid balance of $271.34 from your last bill that's due immediately. Make
sure to pay this bill's full amount by Sep 15, 2021 to avoid a late fee.

Your August bill total is the same as last
month's. Your August bill of $271.34 is due
on Sep 15, 2021. You can see a full
breakdown of all this month's charges on
go.vzw.com/mybill.

## Good to know

### Surcharges

| | |
|---|---|
| Unpaid balance | **$271.34** |
| **Christina Linnabary**<br>724-212-5291 | **$0.00** |
| | **$271.34** |
| | **Due immediately:** $271.34 |

These cover the costs that are billed
to us by federal, state or local
governments so we can continue to
provide you with the best service.
See the full breakdown on
go.vzw.com/mybill.

### Taxes and gov fees

We are required by law to collect
these charges, which are based on
your service address. You can
update your service address on
go.vzw.com/changeaddress.

## Unpaid balance from last bill

| | |
|---|---|
| Previous balance (through Jul 24) | $271.34 |
| No payment received | $0.00 |
| **Total unpaid balance** | **$271.34** |

**verizon✓**

PO BOX 489
NEWARK, NJ 07101-0489

**Billing period**
Aug 24, 2021 - Sep 23, 2021

**Account number**
925744622-00001

**Invoice number**
8231471876

KEYLINE

CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA  15626-1374

**Pay your bill online, fast and easy**

For convenience and peace of mind you
can pay your bill online or enroll in Auto
Pay and Paper-free Billing. Visit
go.vzw.com/paybill



# Your September bill is $271.34

This includes an unpaid balance of $271.34 from your last bill that's due immediately. Make
sure to pay this bill's full amount by Oct 15, 2021 to avoid a late fee.

Your September bill total is the same as
last month's. Your September bill of
$271.34 is due on Oct 15, 2021. You can see
a full breakdown of all this month's charges
on go.vzw.com/mybill.

| | |
|---|---|
| Unpaid balance | **$271.34** |
| | **$271.34** |
| | **Due immediately:** $271.34 |

## Good to know

**Surcharges**

These cover the costs that are billed
to us by federal, state or local
governments so we can continue to
provide you with the best service.
See the full breakdown on
go.vzw.com/mybill.

**Taxes and gov fees**

We are required by law to collect
these charges, which are based on
your service address. You can
update your service address on
go.vzw.com/changeaddress.

## Unpaid balance from last bill

| | |
|---|---|
| Previous balance (through Aug 23) | $271.34 |
| No payment received | $0.00 |
| **Total unpaid balance** | **$271.34** |

1

**verizon✓**

PO BOX 489
NEWARK, NJ 07101-0489

**Billing period**
Aug 24, 2021 - Sep 23, 2021

**Account number**
925744622-00001

**Invoice number**
8231471876

KEYLINE
Ɨɩᴵᴵᴵɩᴵᴵᴵᴵᴵɩᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵᴵɩᴵᴵᴵᴵ

CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA 15626-1374

**Pay your bill online, fast and easy**

For convenience and peace of mind you
can pay your bill online or enroll in Auto
Pay and Paper-free Billing. Visit
go.vzw.com/paybill



| $271.34 | $271.34 |
|---------|---------|
| **Aug** | **Sep** |

# Your September bill is $271.34

This includes an unpaid balance of $271.34 from your last bill that's due immediately. Make
sure to pay this bill's full amount by Oct 15, 2021 to avoid a late fee.

Your September bill total is the same as
last month's. Your September bill of
$271.34 is due on Oct 15, 2021. You can see
a full breakdown of all this month's charges
on go.vzw.com/mybill.

| | |
|---|---|
| Unpaid balance | **$271.34** |
| | **$271.34** |
| | **Due immediately:** $271.34 |

## Unpaid balance from last bill

| | |
|---|---|
| Previous balance (through Aug 23) | $271.34 |
| No payment received | $0.00 |
| **Total unpaid balance** | **$271.34** |

## Good to know

**Surcharges**

These cover the costs that are billed
to us by federal, state or local
governments so we can continue to
provide you with the best service.
See the full breakdown on
go.vzw.com/mybill.

**Taxes and gov fees**

We are required by law to collect
these charges, which are based on
your service address. You can
update your service address on
go.vzw.com/changeaddress.

1

**Billing period**
Aug 24, 2021 - Sep 23, 2021

**Account number**
925744622-00001

## Understand your bill

**Late fee**

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.



**verizon**

**Billing period**
Aug 24, 2021 - Sep 23, 2021

**Account number**
925744622-00001

## Account Charges                                           $0.00

You'll be charged a late fee when you
don't pay your bill on time. The amount
is the greater of $5 or 1.5% of the
unpaid balance, or as allowed by law in
the state of your billing address.



**Billing period**
Aug 24, 2021 - Sep 23, 2021

**Account number**
925744622-00001

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Explanation of Surcharges

Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including: charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers; fees and assessments on our network facilities and services; property taxes; and the costs we incur responding to regulatory obligations. **Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.**

## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

## Subject to Cancellation

Our records indicate your account is past due. Please send payment now to avoid service disruption.  If you have already made your payment please disregard this message and thank you.

## Late Payment Information

A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law. Failure to pay bills on time may result in negative credit reporting.



**Billing period**
Aug 24, 2021 - Sep 23, 2021

**Account number**
925744622-00001

# You've got options.

We have all sorts of ways to pay so that you can pick the one that's right for you.

## Pay with the My Verizon app

You can download the My Verizon app at go.vzw.com/mva in both the App Store and Google Play.

## Pay online at vzw.com

Go to go.vzw.com/paybill and sign in to My Verizon to pay your bill online.

## Pay in cash

Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.

## Pay by phone: #PMT (#768)

Simply dial #PMT on your phone and follow the instructions to pay.

---

**verizon**√

CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA  15626-1374

| | |
|---|---|
| **Bill date** | September 23, 2021 |
| **Account number** | 925744622-00001 |
| **Invoice number** | 8231471876 |

### Total Amount Due

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$271.34**

$ ☐ ☐ ☐ . ☐ ☐

PO BOX 16810
NEWARK,  NJ  07101-6810

||||ı|ı|ı.|ıı|ıı.ıı||ıı|ıı||ı.||ıı.|.ıı|ıı.ı||ı.ıı||ıı.|.ı

8231471876010925744622000010000000000000000271343

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes. All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address. **This address should not be used for bill remit slips or payments, and general customer service questions sent to this address will not receive a response.**

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account: 925744622-00001 CHRISTINA L LINNABARY**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

1. Check this box.     2. Sign name in box below, as shown on the bill and date.     3. Return this slip with your payment. Do not send a voided check.

# verizon

PO BOX 489
NEWARK, NJ 07101-0489

**Billing period**
Apr 25, 2021 - May 24, 2021

**Account number**
925744622-00001

**Invoice number**
8177207158

KEYLINE

**Payment due date**
Jun 16, 2021

CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA  15626-1374

# Your May bill is $63.85

It's due on Jun 16, 2021.You have Auto Pay scheduled for Jun 10, 2021.

**View a full breakdown of this month's charges on go.vzw.com/mybill**

| | |
|---|---|
| Balance forward | $0.00 |
| **Christina Linnabary**<br>724-212-5291 | $63.85 |
| | $63.85 |

## Good to know

**Check your online bill for all surcharges, taxes and gov fees**

The total amount due for this month includes surcharges of **$0.09** and taxes and gov fees of **$0.01**. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

1

# Your May bill is $63.61 lower than last month's.

Your May bill of $63.85 is due on Jun 16, 2021. You can see a full breakdown of all this month's charges on go.vzw.com/mybill.



**Billing period**
Apr 25, 2021 - May 24, 2021

**Account number**
925744622-00001

## Changes this month

| | Apr | May | Change |
|---|---|---|---|
| Account Charges | $62.95 | $0.00 | ↓ $62.95 |
| CHRISTINA LINNABARY<br>412.265.4183 | $0.22 | $0.00 | ↓ $0.22 |
| JAKE BRIDGE<br>724.448.8952 | $0.18 | $0.00 | ↓ $0.18 |
| CHRISTINA LINNABARY<br>724.980.0995 | $0.26 | $0.00 | ↓ $0.26 |
| | **Change total** | | ↓ **$63.61** |

## Balance forward from last bill

| | |
|---|---|
| Previous balance (through Apr 24) | $127.46 |
| Payment received - Thank you (May 10) | -$127.46 |
| **Total balance forward** | **$0.00** |

## Understand your bill

**Understand "Changes this month"**

These changes are why your amount due is different than last month. For example, if you changed your plan or added a line, you'll see partial-month charges reflected in this table. The table will not display if you have no changes.

**Surcharges**

These cover the costs that are billed to us by federal, state or local governments so we can continue to provide you with the best service. See the full breakdown on go.vzw.com/mybill.

**Taxes and gov fees**

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

**Late fee**

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.

2



**Billing period**
Apr 25, 2021 - May 24, 2021

**Account number**
925744622-00001

## Account Charges                                                    $0.00

You'll be charged a late fee when you
don't pay your bill on time. The amount
is the greater of $5 or 1.5% of the
unpaid balance, or as allowed by law in
the state of your billing address.

## Christina Linnabary                                                $63.85

724-212-5291

Verizon Ellipsis Jetpack
MHS90

Includes the $5/month discount on
your UNLIMITED PLAN plan for being
enrolled in Auto Pay and paper-free
billing.

| Monthly charges and credits | $63.75 |
|---|---|
| Unlimited Plan (May 25 - Jun 24) | $75.00 |
| 15% Access Discount (May 25 - Jun 24) | -$11.25 |

| Surcharges | $0.09 |
|---|---|
| Regulatory Charge | $0.02 |
| Administrative Charge | $0.06 |
| PA Gross Receipt Surchg | $0.01 |

| Taxes and gov fees | $0.01 |
|---|---|
| PA State Sls Tax-Telco | $0.01 |

| Your bill this month | $63.85 |
|---|---|



**Billing period**
Apr 25, 2021 - May 24, 2021

**Account number**
925744622-00001

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Explanation of Surcharges

Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including: charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers; fees and assessments on our network facilities and services; property taxes; and the costs we incur responding to regulatory obligations. **Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.**

## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

## Late Payment Information

A late payment applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law. Failure to pay bills on time may result in negative credit reporting.

## No-cost Feature Information

If your service plan includes an optional, no-cost feature (for example, some plans include a no-cost Apple Music option), electing this feature may affect the taxes, governmental fees, and governmental surcharges that we bill and collect, even though your service plan price does not change.

## Important Information Regarding Your Customer Agreement

Verizon Wireless has updated parts of your Customer Agreement. In the "My Privacy" section we clarified that Verizon's Privacy Policy may be updated from time to time. In the "Billing and Payments" section we clarified what substantive law applies to disputes related to checks tendered as payment of your bill. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section we updated some of the provisions which govern the resolution of disputes between you and Verizon, including the venue, relief, requisite notice, restrictions and procedures that must be followed.

## Introducing Call Filter

Get protection from unwanted calls. Call Filter makes it easy to block those annoying robocalls with a few taps. Set your preferences in the My Verizon app or Call Filter app.

## Device Payment Final Payment Notification

We have received the final payment for Device Payment Agreements 1296212449 and 1312045964. If your final payment is insufficient or rejected, you will be billed for the total remaining balance on a subsequent bill.



**Billing period**
Apr 25, 2021 - May 24, 2021

**Account number**
925744622-00001

# You're all set.

### Pay in cash
Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.

### Autopay scheduled
$63.85 will be deducted from your bank account on June 10.

### My Verizon
Use the My Verizon app or download it at go.vzw.com/mva to manage your account, pay your bill, check data usage, and much more.

### Go paper-free
Enroll in paper-free billing; the easy, clutter-free way to manage and pay your bill. Enroll at go.vzw.com/gopaperfree.

---



CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA  15626-1374

**Bill date**          May 24, 2021
**Account number**     925744622-00001
**Invoice number**     8177207158

### Total Amount Due

Deducted from bank account on 06/10/21
DO NOT MAIL PAYMENT                                    **$63.85**

PO BOX 16810
NEWARK,  NJ  07101-6810

Illlahlhallmllddhhhdhlhmllhl

8177207158010925744622000010000000638500000000063853

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes. All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address. **This address should not be used for bill remit slips or payments, and general customer service questions sent to this address will not receive a response.**

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account: 925744622-00001 CHRISTINA L LINNABARY**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

1. Check this box.    2. Sign name in box below, as shown on the bill and date.    3. Return this slip with your payment. Do not send a voided check.

**verizon✓**

PO BOX 489
NEWARK, NJ 07101-0489

**Billing period**
May 25, 2021 - Jun 24, 2021

**Account number**
925744622-00001

**Invoice number**
8190787156

KEYLINE
||....||.|.|.|.||.||.|.|||.||..|.||.||.|.|.|||.|||

CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA  15626-1374

| | $63.85 | $63.85 |
|---|---|---|
| | **May** | **Jun** |

# Your June bill is $63.85

It's due on Jul 16, 2021.You have Auto Pay scheduled for Jul 10, 2021.

Your June bill total is the same as last month's. Your June bill of $63.85 is due on Jul 16, 2021. You can see a full breakdown of all this month's charges on go.vzw.com/mybill.

## Good to know

| | |
|---|---|
| Christina Linnabary | $63.85 |
| 724-212-5291 | |
| | $63.85 |

**Check your online bill for all surcharges, taxes and gov fees**

The total amount due for this month includes surcharges of **$0.09** and taxes and gov fees of **$0.01**. For an itemized list of taxes, fees and surcharges visit go.vzw.com/mybill.

## Balance forward from last bill

| | |
|---|---|
| Previous balance (through May 24) | $63.85 |
| Payment received - Thank you (Jun 10) | -$63.85 |
| **Total balance forward** | $0.00 |

**Surcharges**

These cover the costs that are billed to us by federal, state or local governments so we can continue to provide you with the best service. See the full breakdown on go.vzw.com/mybill.

**Taxes and gov fees**

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

1

**Billing period**
May 25, 2021 - Jun 24, 2021

**Account number**
925744622-00001

## Understand your bill

––––

**Late fee**

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.



**verizon**

**Billing period**
May 25, 2021 - Jun 24, 2021

**Account number**
925744622-00001

## Account Charges                                          $0.00

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, as allowed by law in the state of your billing address.

---

### Christina Linnabary                                    $63.85

724-212-5291

Verizon Ellipsis Jetpack
MHS90

Includes the $5/month discount on your UNLIMITED PLAN plan for being enrolled in Auto Pay and paper-free billing.

| Monthly charges and credits | $63.75 |
|---|---|
| Unlimited Plan (Jun 25 - Jul 24) | $75.00 |
| 15% Access Discount (Jun 25 - Jul 24) | -$11.25 |

| Surcharges | $0.09 |
|---|---|
| Regulatory Charge | $0.02 |
| Administrative Charge | $0.06 |
| PA Gross Receipt Surchg | $0.01 |

| Taxes and gov fees | $0.01 |
|---|---|
| PA State Sls Tax-Telco | $0.01 |

| Your bill this month | $63.85 |
|---|---|



**Billing period**
May 25, 2021 - Jun 24, 2021

**Account number**
925744622-00001

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Explanation of Surcharges

Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including: charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers; fees and assessments on our network facilities and services; property taxes; and the costs we incur responding to regulatory obligations. **Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.**

## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

## Late Payment Information

A late payment applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law. Failure to pay bills on time may result in negative credit reporting.

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.



**Billing period**
May 25, 2021 - Jun 24, 2021

**Account number**
925744622-00001

# You're all set.

### Pay in cash
Go to vzw.com/stores to find a Verizon Wireless store
near you or find a Check Free Pay or Western Union
near you to make a cash payment. Go to
vzw.com/support/pay-bill-faqs/ to learn more.

### Autopay scheduled
$63.85 will be deducted from your bank account on
July 10.

### My Verizon
Use the My Verizon app or download it at
go.vzw.com/mva to manage your account, pay your
bill, check data usage, and much more.

### Go paper-free
Enroll in paper-free billing; the easy, clutter-free way
to manage and pay your bill. Enroll at
go.vzw.com/gopaperfree.

---



CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA  15626-1374

| | |
|---|---|
| **Bill date** | June 24, 2021 |
| **Account number** | 925744622-00001 |
| **Invoice number** | 8190787156 |

### Total Amount Due

Deducted from bank account on 07/10/21
DO NOT MAIL PAYMENT

# $63.85

PO BOX 16810
NEWARK,  NJ  07101-6810

IIIl11l11l11l111l1111l11l1l111l1111l11l1l11l1l11l11l1l1

819078715601092574462200001000000063850000000063853

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes. All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address. **This address should not be used for bill remit slips or payments, and general customer service questions sent to this address will not receive a response.**

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account: 925744622-00001 CHRISTINA L LINNABARY**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

1. Check this box.    2. Sign name in box below, as shown on the bill and date.    3. Return this slip with your payment. Do not send a voided check.

**verizon✓**

PO BOX 489
NEWARK, NJ 07101-0489

**Billing period**
Jun 25, 2021 - Jul 24, 2021

**Account number**
925744622-00001

**Invoice number**
8204419731

KEYLINE
ԿաՈՄիդիլիակենիվիկոսիլիսունիլիվիՈկ

CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA  15626-1374

**Pay your bill online, fast and easy**

For convenience and peace of mind you
can pay your bill online or enroll in Auto
Pay and Paper-free Billing. Visit
go.vzw.com/paybill



# Your July bill is $271.34

This includes an unpaid balance of $255.16 from your last bill that's due immediately. Make
sure to pay this bill's full amount by Aug 16, 2021 to avoid a late fee.

Your July bill is $207.49 higher than last
month's. Your July bill of $271.34 is due on
Aug 16, 2021. You can see a full breakdown
of all this month's charges on
go.vzw.com/mybill.

| | |
|---|---:|
| Unpaid balance | **$255.16** |
| Account charges | **$55.00** |
| **Christina Linnabary**<br>724-212-5291 | **-$38.82** |
| | **$271.34** |
| | **Due immediately:** $255.16 |
| | **Due Aug 16, 2021:** $16.18 |

## Unpaid balance from last bill

| | |
|---|---:|
| Previous balance (through Jun 24) | $63.85 |
| Payment reversed (Jul 1) | $63.85 |
| Payment reversed (Jul 1) | $127.46 |
| **Total unpaid balance** | **$255.16** |

## Good to know

**Account charges**

These apply to your entire account.
Account charges may include
Add-ons, such as device protection,
Services, such as call blocking, or
Late Fees for past due balances.
They are separate from charges per
line or device.

**Surcharges**

These cover the costs that are billed
to us by federal, state or local
governments so we can continue to
provide you with the best service.
See the full breakdown on
go.vzw.com/mybill.

**Taxes and gov fees**

We are required by law to collect
these charges, which are based on
your service address. You can
update your service address on
go.vzw.com/changeaddress.

1

**Billing period**
Jun 25, 2021 - Jul 24, 2021

**Account number**
925744622-00001

## Changes this month

| | Jun | Jul | Change |
|---|---|---|---|
| Unpaid balance | $0.00 | $255.16 | ↑ $255.16 |
| Balance forward | $0.00 | $0.00 | •• |
| Account Charges | $0.00 | $55.00 | ↑ $55.00 |
| **Christina Linnabary** 724.212.5291 | $63.85 | -$38.82 | ↓ $102.67 |
| | | **Change total** | ↑ $207.49 |

## Understand your bill

**Understand "Changes this month"**

These changes are why your amount due is different than last month. For example, if you changed your plan or added a line, you'll see partial-month charges reflected in this table. The table will not display if you have no changes.

**Late fee**

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.

2



**verizon**

**Billing period**
Jun 25, 2021 - Jul 24, 2021

**Account number**
925744622-00001

---

## Account Charges $55.00

You'll be charged a late fee when you don't pay your bill on time. The amount is the greater of $5 or 1.5% of the unpaid balance, or as allowed by law in the state of your billing address.

### One-time charges and credits $55.00

| | |
|---|---|
| Late Fee for Amount Due July 16 | $5.00 |
| Payment Return Fee | $25.00 |
| Payment Return Fee | $25.00 |

---

## Christina Linnabary -$38.82

724-212-5291

Verizon Ellipsis Jetpack MHS90

Save $5 on your UNLIMITED PLAN plan every month when you enroll in Auto Pay (using checking account or debit card) and paper-free billing. Enroll on the My Verizon app, or at go.vzw.com/gopaperfree.

### One-time charges and credits -$38.82

| | |
|---|---|
| Unlimited plan - partial-month (Jun 25 - Jul 5) | $29.33 |
| 15% access discount | -$4.40 |
| Unlimited plan - full-month refund (Jun 25 - Jul 24) | -$75.00 |
| 15% access discount-Reversal | $11.25 |

### Surcharges $0.00

### Your bill this month $16.18

3



**Billing period**
Jun 25, 2021 - Jul 24, 2021

**Account number**
925744622-00001

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Explanation of Surcharges

Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including: charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers; fees and assessments on our network facilities and services; property taxes; and the costs we incur responding to regulatory obligations. **Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.**

## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

## Late Payment Information

A late payment applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law. Failure to pay bills on time may result in negative credit reporting.

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

## FUSC Change

The Federal Universal Service Charge (FUSC) is a Verizon Wireless charge that is subject to change each calendar quarter based on contribution rates prescribed by the FCC. On July 1, the FUSC decreased to 10.06% percent of assessable wireless charges, other than separately billed interstate and international telecom charges. The FUSC on separately billed interstate and international telecom charges decreased to 31.8% percent. For more details, please call 1-888-684-1888

## Introducing Plan Manager

Now you can see everything your plan has to offer at a glance, like your entertainment bundles and ways to keep your phone safer. Check out all your perks and benefits - all in one place - online or in the My Verizon app.

4



**Billing period**
Jun 25, 2021 - Jul 24, 2021

**Account number**
925744622-00001

# You've got options.

We have all sorts of ways to pay so that you can pick the one that's right for you.

## Pay with the My Verizon app

You can download the My Verizon app at go.vzw.com/mva in both the App Store and Google Play.

## Pay online at vzw.com

Go to go.vzw.com/paybill and sign in to My Verizon to pay your bill online.

## Pay in cash

Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.

## Pay by phone: #PMT (#768)

Simply dial #PMT on your phone and follow the instructions to pay.

---

**verizon**✓

CHRISTINA L LINNABARY
580 MONTICELLO DR
DELMONT, PA 15626-1374

| | |
|---|---|
| **Bill date** | July 24, 2021 |
| **Account number** | 925744622-00001 |
| **Invoice number** | 8204419731 |

### Total Amount Due

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$271.34**

$ ☐ ☐ ☐ . ☐ ☐

PO BOX 16810
NEWARK, NJ 07101-6810

8204419731010925744622000010000001618000000271343

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes. All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address. **This address should not be used for bill remit slips or payments, and general customer service questions sent to this address will not receive a response.**

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

**Automatic Payment Enrollment for Account: 925744622-00001 CHRISTINA L LINNABARY**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

1. Check this box.          2. Sign name in box below, as shown on the bill and date.          3. Return this slip with your payment. Do not send a voided check.