IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA L. LINNABARY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEQUIUM ASSET SOLUTIONS, LLC,<br><br>　　　　　Defendant. | 2:22-CV-01565-CCW |

## JUDGMENT ORDER

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, FINAL JUDGMENT is hereby entered in favor of Defendant Sequium Asset Solutions, LLC on Plaintiff Christina L. Linnabary's §§ 1692e and 1692g claims under the FDCPA.

IT IS SO ORDERED.

DATED this 2nd day of February, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Christy Criswell Wiegand
　　　　　　　　　　　　　　　　　　CHRISTY CRISWELL WIEGAND
　　　　　　　　　　　　　　　　　　United States District Judge

cc (via ECF email notification):

All Counsel of Record